Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants The HFW Companies, LLC & Taney Engineering, LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE CLARK, an individual,<br><br>Plaintiff,<br>vs.<br><br>TANEY ENGINEERING, LLC, a Nevada limited liability company; THE HFW COMPANIES, LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-01636-APG-MDC<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Chase Clark ("Plaintiff") and Defendants Taney Engineering, LLC ("Taney") and The HFW Companies, LLC. ("HFW"), (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the response deadline for Defendants to respond to Plaintiff's Complaint.

The Parties agreed to a Waiver of the Service of Summons. The Waiver of Service was signed on June 22, 2026, therefore the deadline for Defendants to file a response to Plaintiff's Complaint is August 10, 2026.

///

///

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

The Parties agree that, because counsel is responding on behalf of both Defendants to Plaintiff's Complaint, the deadline for both Defendants to file their respective responses shall be extended to August 17, 2026.

This is the first request for an extension of time for Defendants to respond to Plaintiff's Complaint. It is not sought for purposes of delay, but rather to efficiently manage the resources of the parties and the Court.

IT IS SO STIPULATED:

DATED this 10th day of August, 2026.

GREENBERG GROSS LLP

/s/ Jemma E. Dunn

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 10th day of August, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants The HFW Companies, LLC & Taney Engineering, LLC*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

August 12, 2026
Dated