Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants The HFW Companies, LLC & Taney Engineering, LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE CLARK, an individual,<br><br>Plaintiff,<br>vs.<br><br>TANEY ENGINEERING, LLC, a Nevada limited liability company; THE HFW COMPANIES, LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-01636-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Taney Engineering, LLC ("Taney") and The HFW Companies, LLC. ("HFW"), (collectively, "Defendants"), and Plaintiff Chase Clark ("Plaintiff") by and through counsel of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's Complaint ("Complaint") (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due August 31, 2026. The parties have agreed to a five (5) day extension of time up to and including **September 4, 2026**, in which for Defendants to respond to the Complaint. This is the parties' third request for an extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 31st day of August, 2026.

GREENBERG GROSS LLP

*/s/ Jorge "Coco" Padilla*

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge "Coco" Padilla
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 31st day of August, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants The HFW Companies, LLC & Taney Engineering, LLC*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

September 1, 2026
Dated

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800